```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
WARREN ZINNAMON, on behalf of himself and all others similarly situated,

                      Plaintiff,

   -v.-

H&J LIQUIDATORS AND CLOSEOUTS, INC.

                      Defendants.
-----------------------------------------------------------------------x

Civil Action No:
1:22-cv-3731

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 19, 2022

                                                            Respectfully Submitted,

                                                            /s/Mark Rozenberg
                                                           Mark Rozenberg, Esq.
                                                           **Stein Saks, PLLC**
                                                           One University Plaza
                                                           Hackensack, NJ 07601
                                                          mrozenberg@steinsakslegal.com
                                                           Tel. 201-282-6500
                                                          Fax 201-282-6501
                                                          *Attorneys for Plaintiff*

SO ORDERED.

Dated: September 21, 2022
      New York, New York

                                       ANALISA TORRES
                                   United States District Judge